**Electronically Filed
Supreme Court
SCWC-30585
27-MAR-2012
08:58 AM**

NO. SCWC-30585

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MARSHALL MARTINEZ, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30585; S.P.P. NO. 09-1-0009(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ., and
Circuit Judge Wilson, in place of Duffy, J., recused)

Petitioner/Petitioner-Appellant Marshall Martinez's

application for writ of certiorari filed on February 17, 2012, is

hereby rejected.

DATED: Honolulu, Hawai'i, March 27, 2012.

James S. Tabe, Deputy
Public Defender, on the
application for petitioner/
petitioner-appellant.

Artemio C. Baxa, Deputy
Prosecuting Attorney, on the
response for respondent/
respondent-appellee.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

